1046

No. 99–505. SALDANA SANCHEZ ET AL. *v.* VEGA SOSA ET AL. C. A. 1st Cir. Certiorari denied.

No. 99–510. INDIANA HIGH SCHOOL ATHLETIC ASSN., INC., ET AL. *v.* WASHINGTON ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–527. RYAN ET AL. *v.* POWELL ET AL.; and
No. 99–574. RIDGE, GOVERNOR OF PENNSYLVANIA, ET AL. *v.* POWELL ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 189 F. 3d 387.

No. 99–542. JAWOROWSKI *v.* NEW YORK CITY TRANSIT AUTHORITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–554. GOODYEAR TIRE & RUBBER CO. ET AL. *v.* VINSON. Sup. Ct. Ala. Certiorari denied.

No. 99–575. MORETON ROLLESTON, JR., LIVING TRUST, ET AL. *v.* ESTATE OF SIMMS, CHERRY, EXECUTOR. Ct. App. Ga. Certiorari denied.

No. 99–581. NORTH STAR STEEL CO. *v.* MIDAMERICAN ENERGY HOLDINGS CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–600. FLOWERS *v.* SEKI ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–601. INTERACTIVE TECHNOLOGIES, INC. *v.* PITTWAY CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 99–606. WILLIS ET AL. *v.* GOODPASTER ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–610. KRAJICEK *v.* JUSTIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–616. WILLARS *v.* JONES, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–620. MORTERS *v.* CROEN & BARR ET AL. Ct. App. Wis. Certiorari denied.